**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Thomas Roofing and Repair Inc** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 5 4 8 8 2 5 8 |

**4. Debtor's address**

**Principal place of business**

**924 W. Colonial Drive**
Number    Street

**Orlando, FL 32804**
City                State    ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

Number        Street

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                State    ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.thomasroofs.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Thomas Roofing and Repair Inc**
_____    Case number *(if known)* _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2</u>  <u>3</u>  <u>8</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                          MM / DD / YYYY

        Case number, if known _____

Debtor    __Thomas Roofing and Repair Inc_____    Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number     Street<br><br>_____<br><br>_____<br>    City     State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☒ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Thomas Roofing and Repair Inc**                                    Case number *(if known)*
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/26/2024**
         MM/ DD/ YYYY

**X**   **/s/ Matthew Thomas**               **Matthew Thomas**
Signature of authorized representative of debtor      Printed name

Title         **Owner**

**18. Signature of attorney**

**X**      **/s/ L. Todd Budgen**      Date **10/26/2024**
Signature of attorney for debtor           MM/ DD/ YYYY

**L. Todd Budgen**
Printed name

**Budgen Law**
Firm name

**PO Box 520546**
Number     Street

**Longwood**            **FL**    **32752**
City               State    ZIP Code

                   **TBudgen@MyBankruptcyFirm.com**
Contact phone           Email address

**0296960**             **FL**
Bar number           State

---

Fill in this information to identify the case:

Debtor Name **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the: **Middle** District of **Florida**
(State)

Case number (If known):

☐ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo** | **Checking account** | **0  6  2  6** | $3,305.97 |
| 3.2. **Wells Fargo** | **Savings account** | **5  7  8  3** | $249.05 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 **Quick books- Merchant Processing** | $100.00 |
| --- | --- |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$3,655.02**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____ | _____

Debtor    **Thomas Roofing and Repair Inc**    Case number *(if known)* _____
Name

7.2  _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

9.    **Total of Part 2**    _____

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.   **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11.   **Accounts receivable**

11a. 90 days old or less:    **$200,000.00** – **$20,000.00** =.....➡    **$180,000.00**
face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **$75,000.00** – **$37,500.00** =.....➡    **$37,500.00**
face amount    doubtful or uncollectible accounts

12.   **Total of Part 3**    **$217,500.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.   **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

Debtor    **Thomas Roofing and Repair Inc**                          Case number *(if known)* _____
          Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____        _____    _____

    16.2 _____        _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                    |_____|

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|------------------------------------|
| **19. Raw materials** | | | | |
| **10x10 shed, misc scraps, few shingles** | _____ MM / DD / YYYY | **$100.00** | | **$500.00** |
| **20. Work in progress** | | | | |
| **Shingles on job site** | _____ MM / DD / YYYY | **$12,000.00** | **Purchase price of material** | **$12,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| | _____ MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | _____ MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                    |   **$12,500.00**   |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☑ Yes.  Book value **$12,000.00**  Valuation method **Purchase price of material**  Current value **$12,000.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor  **Thomas Roofing and Repair Inc**_____   Case number *(if known)* _____
               Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                     _____

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Thomas Roofing and Repair Inc**          Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks, chairs, bookshelves** | **unknown** | | **$5,000.00** |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers, printers, phones, Customer Relationship Manager Software** | **unknown** | | **$500.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| 43. **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$5,500.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Chevrolet Silverado 1500 Double Cab Work Truck Pickup / VIN: 1GCRWAEFXKZ2369553** | **unknown** | | **$15,387.00** |
| 47.2 **2019 Ford F250 Super Duty Crew Cab / VIN: 1FT7W2B67KEC57141** | **unknown** | | **$20,538.00** |

Debtor    **Thomas Roofing and Repair Inc**                                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 47.3 **2019 Dodge Ram 1500 Crew Cab Laramie Pickup /** VIN: **1C6SRFJT9KN904453** | **unknown** | | **$33,587.00** |
| 47.4 **2007 Chevrolet Express 1500 Cargo Van 3D /** VIN: **1GCFG15X171160166** | **unknown** | | **$3,816.00** |
| 47.5 **2011 Ford F150 Supercrew Cab /** VIN: **1FTFW1ET7BFB30066** | **unknown** | | **$12,391.00** |
| 47.6 **2015 Chevrolet Silverado 2500 HD Double Cab /** VIN: **1GC2CUEG2FZ501487** | **unknown** | | **$10,073.00** |
| 47.7 **2018 Ford F150 Supercrew Cab /** VIN: **1FTEW1CP6JFE39270** | **unknown** | | **$20,949.00** |
| 47.8 **2020 Ford F150 Supercrew XL Pickup 4D /** VIN: **1FTEW1C49LFC71374** | **unknown** | | **$24,518.00** |
| 47.9 **2020 Ford F150 Supercrew Cab XL Pickup /** VIN: **1FTEW1CP5LKF51777** | **unknown** | | **$26,927.00** |
| 47.10 **2021 Ford F150 Supercrew Cab XLT Pickup 4D /** VIN: **1FTEW1C51MFB01164** | **unknown** | | **$25,994.00** |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **2021 /** VIN: **7HUBD162XPY004558 7x16x4 Top Shelf Dump Pull Trailer** | **$11,000.00** | | **$7,000.00** |
| 48.2 **2021 /** VIN: **7HUBD1628PY004560 7x16x4 Top Shelf Dump Pull Trailer** | **$11,000.00** | | **$7,000.00** |

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.

    **$208,180.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**    Real property

Debtor    **Thomas Roofing and Repair Inc**                                   Case number *(if known)* _____
_____
Name

---

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Month to month office lease** | **Lease** | **unknown** | | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| **Thomasroofs.com** | **unknown** | | **$25.00** |
| **Thomasroofingandrepair.com** | **unknown** | | **$25.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| **Certified roofing contractor issued by State of Florida Dept of Business and Professional Regulation** | **unknown** | | **$50.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Software system- Customer Relationship Manager** | **unknown** | | **$100.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| | | | |

Debtor   **Thomas Roofing and Repair Inc**
Name

Case number (if known) _____

---

65. **Goodwill**

_____   _____   _____   _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $200.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:**   All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➡   _____
 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____
_____   Tax year _____   _____
_____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Breach of contract for roof replacement   $9,963.86

Nature of claim   **Breach of Contract**

Amount requested   **$9,963.86**

---

Debtor    **Thomas Roofing and Repair Inc**
                Name                                                                                  Case number *(if known)* _____

---

**Breach of contract for roof replacement**                                                                    $8,905.00

    Nature of claim            **Breach of contract**

    Amount requested            **$8,905.00**

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

    Nature of claim

    Amount requested

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season
        tickets, country club membership

78.    **Total of Part 11**                                                                                    $18,868.86
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

---

Debtor    **Thomas Roofing and Repair Inc**                                     Case number *(if known)* _____

Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,655.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $217,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $208,180.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,868.86 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $466,403.88 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................................... | | $466,403.88 |

Fill in this information to identify the case:

Debtor name __**Thomas Roofing and Repair Inc**__

United States Bankruptcy Court for the: _____**Middle**_____   District of _____**Florida**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__**Official Form 206D**__

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Creditor's name**

**Ally Financial**

**Creditor's mailing address**

**PO Box Box 380901**

**Minneapolis, MN 55438**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  **1  1  1  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2019 Ford F250 Super Duty Crew Cab

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $25,493.06 | $20,538.00 |

**Remarks:** 2019 Ford F250 SD VIN ending #7141

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $186,354.50

Debtor  **Thomas Roofing and Repair Inc**

Name

Case number (if known)

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:**  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** Creditor's name

**Fairwinds Credit Union**

Creditor's mailing address

**3087 N Alafaya Trail**

**Orlando, FL 32826**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  2  5  7  2

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Dodge Ram 1500 Crew Cab Laramie Pickup      $16,192.00      $33,587.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Thomas Roofing and Repair Inc**
_____
Name

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**  **Creditor's name**

**Fairwinds Credit Union**

**Creditor's mailing address**

**3087 N Alafaya Trail**

**Orlando, FL 32826**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  **3  1  7  8**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F150 Supercrew XL Pickup 4D       **$26,077.26**      **$24,518.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Thomas Roofing and Repair Inc**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

---

**2.4**  **Creditor's name**

**Fairwinds Credit Union**

**Creditor's mailing address**

**3087 N Alafaya Trail**

**Orlando, FL 32826**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**  **2  1  7  2**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Ford F150 Supercrew Cab

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$23,981.40**        **$20,949.00**

---

Debtor    **Thomas Roofing and Repair Inc**                                    Case number (if known) _____
          Name

| | | Column A | Column B |
|---|---|---|---|

**Part 1:**    Additional Page

*Column A*
**Amount of claim**
Do not deduct the value
of collateral.

*Column B*
**Value of collateral
that supports this
claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

**Fairwinds Credit Union**

**Creditor's mailing address**

**3087 N Alafaya Trail**

**Orlando, FL 32826**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **0  0  4  8**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Ford F150 Supercrew Cab XLT Pickup 4D          **$24,825.50**    **$25,994.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Thomas Roofing and Repair Inc**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

**TD Auto Finance**
_____

**Creditor's mailing address**

**PO Box 100295**
_____

**Columbia, SC 29202**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **8   8   8   6**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F150 Supercrew Cab XL Pickup

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$30,600.28

$26,927.00

Debtor    **Thomas Roofing and Repair Inc**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**  **Creditor's name**

**Western Equipment Finance**

**Creditor's mailing address**

**503 Highway 2 West**

**Devils Lake, ND 58301**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/12/2022**

**Last 4 digits of account number**    **4  1  8  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Chevrolet Silverado 1500 Double Cab Work Truck Pickup, 2021, 2021

**Describe the lien**

**Two Top Shelf 7x16x4 Dump Trailers, 2019 Chevy Silverado 1500 Work Truck**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$39,185.00    $29,387.00

**Remarks:** Blanket loan- Collateral Consists of Two 2023 Top Shelf Dump Pull Trailers and a 2019 Chevy Silverado 1500 work Truck Double Cab- see schedules.

**Fill in this information to identify the case:**

Debtor name    **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

**Florida Dept of Revenue**

**5050 W Tennessee St 1-2265**

**Tallahassee, FL 32399**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Noticing purposes only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 8208**

**Philadelphia, PA 19101**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Noticing purposes only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

Debtor    **Thomas Roofing and Repair Inc**
Name
Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Builders & Contractors Supply**

**C/O Robert E Burguieres**

**1701 Dr. M.L. King Jr Street North**

**Saint Petersburg, FL 33704**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   2   1   2**

Remarks: 24-002001-CI

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **General allegations, breach of contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$541,432.30**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 6031**

**Carol Stream, IL 60197**

Date or dates debt was incurred _____

Last 4 digits of account number   **1   0   0   9**

Remarks: Lowes Business Rewards Card

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset?
☑ No
☐ Yes

**$59,625.41**

---

**3.3** Nonpriority creditor's name and mailing address

**Angies List**

**130 E Washington St**

**Indianapolis, IN 46204**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   3   6   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Breach of contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,750.72**

---

**3.4** Nonpriority creditor's name and mailing address

**BlueVine Inc**

**401 Warren St 300**

**Redwood City, CA 94063**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Line of credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$97,189.37**

Debtor    **Thomas Roofing and Repair Inc**
      Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00

**David Tom**

**c/o Avi R Kaufman**

**237 S Dixie Hwy 4th floor**

**Miami, FL 33133**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Pinnacle Marketing Solutions, LLC**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: 6:24-cv-01037-CEM-DCI

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,928.84

**Demar Design and Build Inc**

**C/O WhiteBird, PLLC**

**1701 Highway A1A 102**

**Vero Beach, FL 32963**

*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Breach of Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Remarks: 2022-CA-006727-O

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,293.40

**Gemini Insurance Co AKA LRA**

**PO Box 948173**

**Maitland, FL 32794**

*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __6_ __0_ __6_ __7_

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,124,000.00

**US Small Business Administration**

**PO Box Box 3918**

**Portland, OR 97208-3918**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    __7_ __9_ __0_ __3_

---

Debtor  **Thomas Roofing and Repair Inc**
Name

Case number *(if known)*

| Part 2: | Additional Page |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,416.69
--- | --- | --- | ---
| **Wells Fargo** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 51174** | ☐ Unliquidated |
| **Los Angeles, CA 90051** | ☐ Disputed |
| | **Basis for the claim:** **Credit card** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   **9  2  2  5** | ☑ No |
| | ☐ Yes |

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,481.80
--- | --- | --- | ---
| **Wells Fargo** | *Check all that apply.* |
| | ☐ Contingent |
| **PO Box 77033** | ☐ Unliquidated |
| **Minneapolis, MN 55480** | ☐ Disputed |
| | **Basis for the claim:** **Credit card** |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| Last 4 digits of account number   **5  2  2  2** | ☑ No |
| | ☐ Yes |

Debtor    **Thomas Roofing and Repair Inc**                                        Case number *(if known)* _____
          Name

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$2,242,118.53** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,242,118.53** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Thomas Roofing and Repair Inc** |
| United States Bankruptcy Court for the: | **Middle District of Florida** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: month to month office lease | 924 West Investment LLC |
| State the term remaining: 0 months | 924 W Colonial Drive |
| List the contract number of any government contract: | Orlando, FL 32804 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: | |
| State the term remaining: | |
| List the contract number of any government contract: | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: | |
| State the term remaining: | |
| List the contract number of any government contract: | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: | |
| State the term remaining: | |
| List the contract number of any government contract: | |

Fill in this information to identify the case:

Debtor name **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the: **Middle** District of **Florida**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Thomas, Matthew** | **4814 Legacy Oaks Drive**<br>Street<br><br>**Orlando, FL 32839**<br>City          State          ZIP Code | **BlueVine Inc** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Wells Fargo** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Wells Fargo** | ☐ D<br>☑ E/F<br>☐ G |
| | | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| | | **US Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Demar Design and Build Inc** | ☐ D<br>☑ E/F<br>☐ G |
| | | **American Builders & Contractors Supply** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Fairwinds Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Fairwinds Credit Union** | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Thomas Roofing and Repair Inc** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|--|------------------------|--|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **TD Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Fairwinds Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Fairwinds Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Gemini Insurance Co AKA LRA** | ☐ D<br>☑ E/F<br>☐ G |

**2.2**

| | Street | | ☐ D<br>☐ E/F<br>☐ G |
|--|--------|--|---------------------|
| | | | |
| | City          State          ZIP Code | | |

**2.3**

| | Street | | ☐ D<br>☐ E/F<br>☐ G |
|--|--------|--|---------------------|
| | | | |
| | City          State          ZIP Code | | |

**2.4**

| | Street | | ☐ D<br>☐ E/F<br>☐ G |
|--|--------|--|---------------------|
| | | | |
| | City          State          ZIP Code | | |

**2.5**

| | Street | | ☐ D<br>☐ E/F<br>☐ G |
|--|--------|--|---------------------|
| | | | |
| | City          State          ZIP Code | | |

**2.6**

| | Street | | ☐ D<br>☐ E/F<br>☐ G |
|--|--------|--|---------------------|
| | | | |
| | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name      **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the:

     **Middle District of Florida**

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

             **$0.00**

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*.............................................................................

             **$466,403.88**

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*...............................................................................

             **$466,403.88**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

             **$186,354.50**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

             **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

           **+**   **$2,242,118.53**

4. **Total liabilities**...................................................................................................................................

    Lines 2 + 3a + 3b

             **$2,428,473.03**

Fill in this information to identify the case:

Debtor name          **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the:

**Middle District of Florida**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,378,275.66** |
| **For prior year:**  From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,930,576.00** |
| **For the year before that:**  From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,736,992.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**  From **01/01/2024**  to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**  From **01/01/2023**  to  **12/31/2023**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**  From **01/01/2022**  to  **12/31/2022**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

| Debtor | **Thomas Roofing and Repair Inc** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Gulf Eagle**<br>Creditor's name<br>**9101 Parkers Landings**<br>Street<br><br>**Orlando, FL 32824**<br>City      State    ZIP Code | **Oct 2024**<br><br>**Sept 2024**<br><br>**August 2024** | **$195,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. **Spec Building Materials**<br>Creditor's name<br>**2897 Mercy Drive**<br>Street<br><br>**Orlando, FL 32808**<br>City      State    ZIP Code | **08/01/24-10 /31/24** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. **924 West Investment LLC**<br>Creditor's name<br>**924 W Colonial Drive**<br>Street<br><br>**Orlando, FL 32804**<br>City      State    ZIP Code | **10/19/24**<br><br>**09/19/24**<br><br>**08/05/24** | **$9,181.29** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor  **Thomas Roofing and Repair Inc**
_____  Case number _(if known)_ _____
Name

4.1. _____  _____  _____  _____
Creditor's name

_____  _____  _____
Street

_____  _____
_____

City                State    ZIP Code

| Relationship to debtor |
|---|

_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____  _____  _____  _____
Creditor's name

_____
Street

_____
_____

City                State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____  _____  _____  _____
Creditor's name

XXXX– __ __ __ __
_____
Street

_____
_____

City                State    ZIP Code

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor **Thomas Roofing and Repair Inc**
_____
Name

Case number *(if known)* _____

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **American Builders & Contractors Supply Co, Inc. vs. Thomas Roofing & Repair** | **Goods sold, breach of contract** | **Pinellas County** <br> Name <br><br> **14250 49th Street North** <br> Street <br><br> **Clearwater, FL 33762** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **24-002001-CI** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Thomas Roofing & Repair Inc vs Dustin Sneed, David Rode** | **Foreclosure of Lien/Breach of Contract** | **Circuit Court of Orange County FL** <br> Name <br><br> **425 N. Orange Ave.** <br> Street <br><br> **Orlando, FL 32801** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** <br><br> **2024-CC-011317-O** | | | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Tom v Thomas Roofing &Repair Inc and Pinnacle Marketing Solutions LLC** | **Class Action-Marketing** | **United States District Court for the Middle District of Florida** <br> Name <br><br> **400 West Washington Street 5100** <br> Street <br><br> **Orlando, FL 32801** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **6:24-cv-01037-CEM-DCI** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **De'Mar Design and Build, Inc v. Thomas Roofing & Repair, Inc.** | **Breach of Contract** | **Circuit Court of Orange County FL** <br> Name <br><br> **425 N. Orange Ave.** <br> Street <br><br> **Orlando, FL 32801** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2022-CA-006727-O** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ <br> Custodian's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | **Case title** <br> _____ <br><br> **Case number** <br> _____ <br><br> **Date of order or assignment** <br> _____ | _____ <br><br> **Court name and address** <br> _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code |

Debtor    **Thomas Roofing and Repair Inc**
_____    Case number _(if known)_ _____
              Name

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____      _____    _____

Street
_____      _____

_____

City                     State    ZIP Code
_____

| Recipient's relationship to debtor |
|---|

_____

| Part 5: | Certain Losses |
|---|---|

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (_Schedule A/B: Assets – Real and Personal Property_). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor **Thomas Roofing and Repair Inc**                                   Case number *(if known)*
_____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Budgen Law** | **Pre-Petition** | | $10,613.00 |
| | **Address** | **Post- Petition retainer** | | $5,649.00 |
| | **PO Box 520546**<br>Street | | | |
| | **Longwood, FL 32752**<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor **Thomas Roofing and Repair Inc** _____ Case number *(if known)* _____

Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **1300 S. Semoran Blvd**<br>Street<br><br>**Orlando, FL 32807**<br>City          State    ZIP Code | From **2021**    To **2023** |

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.<br><br>Facility name<br><br>_____<br>Street<br><br>_____<br>City      State   ZIP Code | <br><br>_____<br><br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | <br><br>_____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

Debtor    **Thomas Roofing and Repair Inc**                                        Case number *(if known)*
_____
Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **Thomas Roofing and Repair Inc**                          Case number *(if known)* _____
             _____
             Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| | | | _____ |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Thomas Roofing and Repair Inc**
_____ Case number *(if known)* _____
Name

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor  **Thomas Roofing and Repair Inc**                          Case number *(if known)* _____
　　　　Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  **Thomas Roofing & Repair Inc**
　　　　Name

　　　　**924 W Colonial Dr**
　　　　Street

　　　　**Orlando, FL 32804**
　　　　City　　　　State　　ZIP Code

EIN:  **8 2** – **5 4 8 8 2 5 8**

| Dates business existed |
|---|

From _____　　To _____

---

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **James P. Dyce**
　　　　Name

　　　　**1474 E Michigan Street**
　　　　Street

　　　　**Orlando, FL 32806**
　　　　City　　　　State　　ZIP Code

From **2021**　　To **07/20/2024**

| Name and address | Dates of service |
|---|---|

26a.2.  **David Kalina**
　　　　Name

　　　　Street

　　　　City　　　　State　　ZIP Code

From **2024**　　To **2024**

| Name and address | Dates of service |
|---|---|

26a.3.  **Walter Velazquez and Ed Kotler**
　　　　Name

　　　　**8865 Commodity Circle**
　　　　Street

　　　　**Orlando, FL 32819**
　　　　City　　　　State　　ZIP Code

From **2024**　　To **ongoing**

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  **James P. Dyce**
　　　　Name

　　　　**1474 E Michigan St**
　　　　Street

　　　　**Orlando, FL 32806**
　　　　City　　　　State　　ZIP Code

From **2021**　　To **07/20/2024**

---

Debtor  **Thomas Roofing and Repair Inc**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26b.2. **David Kalina** <br> Name <br><br> Street <br><br><br> City   State   ZIP Code | From _____ To _____ |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> **Jeremy Chambers** <br> Name <br><br> **924 W Colonial Dr** <br> Street <br><br><br> **Orlando, FL 32804** <br> City   State   ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑None

| Name and address |
|---|
| 26d.1. <br><br> Name <br><br> Street <br><br><br> City   State   ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑No

☐Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br><br> Name <br><br> Street <br><br><br> City   State   ZIP Code |

Debtor    **Thomas Roofing and Repair Inc**                                                Case number *(if known)* _____
           _____
           Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Matthew Thomas | 4814 Legacy Oaks Dr Orlando, FL 32839 | Owner/Manager, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| | | , | From _____  To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Thomas, Matthew** <br> Name <br> **4814 Legacy Oaks Drive** <br> Street <br> <br> **Orlando, FL 32839** <br> City          State          ZIP Code | **$156,000 plus cell phone** | **2023** | |

| Relationship to debtor |
|------------------------|
| Owner |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:**  Signature and Declaration

Debtor    **Thomas Roofing and Repair Inc**                                    Case number *(if known)*_____
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **10/26/2024**
               MM/ DD/ YYYY

**X** **/s/ Matthew Thomas**                          Printed name              **Matthew Thomas**
      Signature of individual signing on behalf of the debtor


      Position or relationship to debtor              **Owner**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

---

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name          **Thomas Roofing and Repair Inc**

United States Bankruptcy Court for the:

          **Middle District of Florida**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration<br>PO Box Box 3918<br>Portland, OR 97208-3918 | | Business Loan | | | | $1,124,000.00 |
| 2 | American Builders & Contractors Supply<br>C/O Robert E Burguieres<br>1701 Dr. M.L. King Jr Street North<br>Saint Petersburg, FL 33704 | (727) 894-0430 | General allegations, breach of contract | Disputed Unliquidated | | | $541,432.30 |
| 3 | David Tom<br>c/o Avi R Kaufman<br>237 S Dixie Hwy 4th floor<br>Miami, FL 33133 | (305) 469-5881 | Pinnacle Marketing Solutions, LLC | Contingent Disputed Unliquidated | | | $250,000.00 |
| 4 | BlueVine Inc<br>401 Warren St 300<br>Redwood City, CA 94063 | | Line of credit | Disputed Unliquidated | | | $97,189.37 |
| 5 | Gemini Insurance Co AKA LRA<br>PO Box 948173<br>Maitland, FL 32794 | | Insurance | Disputed Unliquidated | | | $75,293.40 |
| 6 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197 | | Credit card | | | | $59,625.41 |
| 7 | Demar Design and Build Inc<br>C/O WhiteBird, PLLC<br>1701 Highway A1A 102<br>Vero Beach, FL 32963 | | Breach of Contract | Disputed Unliquidated | | | $53,928.84 |
| 8 | Wells Fargo<br>PO Box 51174<br>Los Angeles, CA 90051 | | Credit card | | | | $24,416.69 |

Debtor __**Thomas Roofing and Repair Inc**__   Case number *(if known)* _____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Wells Fargo PO Box 77033 Minneapolis, MN 55480 | | Credit card | | | | $13,481.80 |
| 10 | Western Equipment Finance 503 Highway 2 West Devils Lake, ND 58301 | | Two Top Shelf 7x16x4 Dump Trailers, 2019 Chevy Silverado 1500 Work Truck | | $39,185.00 | $29,387.00 | $9,798.00 |
| 11 | Ally Financial PO Box Box 380901 Minneapolis, MN 55438 | | | | $25,493.06 | $20,538.00 | $4,955.06 |
| 12 | TD Auto Finance PO Box 100295 Columbia, SC 29202 | | | | $30,600.28 | $26,927.00 | $3,673.28 |
| 13 | Fairwinds Credit Union 3087 N Alafaya Trail Orlando, FL 32826 | | | | $23,981.40 | $20,949.00 | $3,032.40 |
| 14 | Angies List 130 E Washington St Indianapolis, IN 46204 | | Breach of contract | Disputed Unliquidated | | | $2,750.72 |
| 15 | Fairwinds Credit Union 3087 N Alafaya Trail Orlando, FL 32826 | | | | $26,077.26 | $24,518.00 | $1,559.26 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

**In re**    Thomas Roofing and Repair Inc

Case No. _____

**Debtor**    Chapter _____**11**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$5,649.00**

Prior to the filing of this statement I have received .....................................................................    **$5,649.00**

Balance Due ...............................................................................................................................    **$0.00**

2.    _____**$1,738.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.    Future amounts to be charged as needed

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **10/26/2024** | **/s/ L. Todd Budgen** |
|---|---|
| *Date* | L. Todd Budgen |
| | *Signature of Attorney* |
| | Bar Number: 0296960 |
| | Budgen Law |
| | PO Box 520546 |
| | Longwood, FL 32752 |
| | Phone: (407) 481-2888 |
| | **Budgen Law** |
| | *Name of law firm* |

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE: **Thomas Roofing and Repair Inc**                                    CASE NO

                                                                            CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __**10/26/2024**__        Signature  _____**/s/ Matthew Thomas**_____

                                                                Matthew Thomas, Owner

924 West Investment LLC
924 W Colonial Drive
Orlando, FL 32804

Ally Financial
PO Box Box 380901
Minneapolis, MN 55438

American Builders &
Contractors Supply
C/O Robert E Burguieres
1701 Dr. M.L. King Jr Street North
Saint Petersburg, FL 33704

American Express
PO Box 6031
Carol Stream, IL 60197

Angies List
130 E Washington St
Indianapolis, IN 46204

BlueVine Inc
401 Warren St 300
Redwood City, CA 94063

David Tom
c/o Avi R Kaufman
237 S Dixie Hwy 4th floor
Miami, FL 33133

Demar Design and Build Inc
C/O WhiteBird, PLLC
1701 Highway A1A 102
Vero Beach, FL 32963

Fairwinds Credit Union
3087 N Alafaya Trail
Orlando, FL 32826

Florida Dept of Revenue
5050 W Tennessee St 1-2265
Tallahassee, FL 32399

Gemini Insurance Co AKA LRA
PO Box 948173
Maitland, FL 32794

Internal Revenue Service
PO Box 8208
Philadelphia, PA 19101

TD Auto Finance
PO Box 100295
Columbia, SC 29202

Matthew Thomas
4814 Legacy Oaks Drive
Orlando, FL 32839

US Small Business
Administration
PO Box Box 3918
Portland, OR 97208-3918

Wells Fargo
PO Box 51174
Los Angeles, CA 90051

Wells Fargo
PO Box 77033
Minneapolis, MN 55480


Western Equipment Finance
503 Highway 2 West
Devils Lake, ND 58301