United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 24-05788-TPG |
| Thomas Roofing and Repair Inc | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 29, 2024 | Form ID: 309F2 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Roofing and Repair Inc, 924 W. Colonial Drive, Orlando, FL 32804-7314 |
| aty | + | Audrey M Aleskovsky, DOJ-Ust, 400 W. Washington St., Ste 1100, Orlando, FL 32801-2210 |
| 31227074 | + | 924 West Investment LLC, 924 W Colonial Drive, Orlando, FL 32804-7314 |
| 31227076 | + | American Builders & Contractors Supply, C/O Robert E Burguieres, 1701 Dr. M.L. King Jr Street North, Saint Petersburg, FL 33704-4205 |
| 31227078 | + | Angies List, 130 E Washington St, Indianapolis, IN 46204-4604 |
| 31227080 | + | David Tom, c/o Avi R Kaufman, 237 S Dixie Hwy 4th floor, Miami, FL 33133-4824 |
| 31227081 | + | Demar Design and Build Inc, C/O WhiteBird, PLLC, 1701 Highway A1A 102, Vero Beach, FL 32963-2249 |
| 31227084 | + | Gemini Insurance Co AKA LRA, PO Box 948173, Maitland, FL 32794-8173 |
| 31227086 | + | Matthew Thomas, 4814 Legacy Oaks Drive, Orlando, FL 32839-2068 |
| 31227089 | + | Wells Fargo, PO Box 51174, Los Angeles, CA 90051-5474 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tbudgen@mybankruptcyfirm.com | Oct 29 2024 21:35:00 | L Todd Budgen, Budgen Law Group, PO Box 520546, Longwood, FL 32752-0546 |
| tr | | Email/Text: vanessa@arcohenlaw.com | Oct 29 2024 21:37:00 | Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201-4218 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 29 2024 21:37:00 | United States Trustee - ORL, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 31227075 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 29 2024 21:36:00 | Ally Financial, PO Box Box 380901, Minneapolis, MN 55438-0901 |
| 31227077 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2024 21:49:33 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 31227079 | ^ | MEBN | Oct 29 2024 21:32:50 | BlueVine Inc, 401 Warren St 300, Redwood City, CA 94063-1536 |
| 31227082 | | Email/Text: bankruptcy@fairwinds.org | Oct 29 2024 21:36:00 | Fairwinds Credit Union, 3087 N Alafaya Trail, Orlando, FL 32826 |
| 31227072 | | Email/Text: OGCBankruptcy@floridarevenue.com | Oct 29 2024 21:36:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 31227083 | + | Email/Text: OGCBankruptcy@floridarevenue.com | Oct 29 2024 21:36:00 | Florida Dept of Revenue, 5050 W Tennessee St 1-2265, Tallahassee, FL 32399-0100 |
| 31227085 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2024 21:37:00 | Internal Revenue Service, PO Box 8208, Philadelphia, PA 19101-8208 |
| 31227071 | + | Email/Text: Bankruptcy@octaxcol.com | Oct 29 2024 21:37:00 | Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 31227087 | + | Email/Text: jaxbanko@td.com | | |

| District/off: 113A-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2024 | Form ID: 309F2 | Total Noticed: 25 |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | Oct 29 2024 21:35:00 | TD Auto Finance, PO Box 100295, Columbia, SC 29202-3295 |
| 31227088 | | Email/Text: bankruptcynotices@sba.gov | Oct 29 2024 21:36:00 | US Small Business Administration, PO Box Box 3918, Portland, OR 97208-3918 |
| 31227090 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 29 2024 21:49:44 | Wells Fargo, PO Box 77033, Minneapolis, MN 55480-7733 |
| 31227091 | + | Email/Text: wefsag@westernequipmentfinance.com | Oct 29 2024 21:37:00 | Western Equipment Finance, 503 Highway 2 West, Devils Lake, ND 58301-2938 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31227073 | * | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Cohen | aaron@arcohenlaw.com vanessa@arcohenlaw.com,ahc@trustesolutions.net,cahc11@trustesolutions.net |
| Audrey M Aleskovsky | on behalf of U.S. Trustee United States Trustee - ORL Audrey.M.Aleskovsky@usdoj.gov |
| L Todd Budgen | on behalf of Debtor Thomas Roofing and Repair Inc tbudgen@mybankruptcyfirm.com ltbudgen@ecf.courtdrive.com;bnc@mybankruptcyfirm.com |
| United States Trustee - ORL | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor **Thomas Roofing and Repair Inc**<br>Name | | EIN: 82-5488258 |
| United States Bankruptcy Court   Middle District of Florida | | Date case filed for chapter:   11   10/26/24 |
| Case number:   6:24-bk-05788-TPG | | Date Notice Issued: **10/29/24** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Roofing and Repair Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 924 W. Colonial Drive<br>Orlando, FL 32804 | |
| 4. | **Debtor's attorney**<br>Name and address | L Todd Budgen<br>Budgen Law Group<br>PO Box 520546<br>Longwood, FL 32752-0546 | Contact phone (407) 481-2888<br><br>Email: tbudgen@mybankruptcyfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Aaron R. Cohen<br>P.O. Box 4218<br>Jacksonville, FL 32201-4218 | Contact phone 904-389-7277<br><br>Email: aaron@arcohenlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Mon-Fri 8:30am-4:00pm<br><br>Contact phone 407-237-8000<br><br>Date: October 29, 2024 |

**For more information, see page 2 >**

Debtor **Thomas Roofing and Repair Inc**                                                                                    Case number **6:24–bk–05788–TPG**

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **November 18, 2024 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | **Meeting to be held Telephonically by the U.S. Trustee's Office (For Orlando Cases), Call in Number: 877–801–2055, Passcode: 8940738#.** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br><br>**For a governmental unit: 180 days from the date of filing**   January 6, 2025<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br><br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: No later than the first date set for the hearing on confirmation.** | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. | |
| 13. | **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |