**ORDERED.**

Dated: November 12, 2024

*Tiffany P. Geyer*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

THOMAS ROOFING AND REPAIR, INC.

Debtor.
_____/

Case No.: 6:24-bk-05788-TPG

Chapter 11, Subchapter V

ORDER GRANTING EMERGENCY MOTION FOR
AUTHORITY TO COMPENSATE OFFICER AND INSIDER OF THE DEBTOR

This case came on for hearing on October 31, 2024 of the Debtor's Emergency Motion for Authority to Compensate Officer and Insider of the Debtor (Doc. No 8).  For the reasons stated orally and recorded in open court, it is:

ORDERED:

1. The Motion (Doc. No 8) is GRANTED on an interim basis through December 11, 2024.

2. The Debtor is authorized to compensate Matthew Thomas, CEO, $3,000.00 per week plus cell phone services on an interim basis until December 11, 2024.  This salary will be subject to all applicable payroll tax withholdings.

3. The payment of compensation described above is subject to the availability of funds after payment of all post-petition obligations; and any sums not paid to Mr. Thomas because of unavailability of funds, will not accrue as an administrative expense of the Chapter 11 case.

4. A continued preliminary hearing on this matter will be held on December 11, 2024 at which time continued payment of officer and insider of the Debtor will be addressed.

###

Attorney, L. Todd Budgen, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.