UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

THOMAS ROOFING AND REPAIR, INC.,

CASE NO: 6:24-bk-05788-TPG

Chapter 11, sub v

Debtor.
_____/

**DEBTOR'S MOTION TO VALUE CLAIM OF LIEN OF BLUEVINE, INC.**

---

**Notice of Opportunity to Object and Request for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to movant L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL. 32752 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

The Debtor, THOMAS ROOFING AND REPAIR, INC., by and through the undersigned counsel, moves this Court for the entry of an order Granting this Motion to Value Claim of BlueVine, Inc. and states as follows:

1. The Debtor filed its Voluntary Petition for Relief under Chapter 11, subchapter v of the Bankruptcy Code on October 26, 2024. The Debtor filed its Chapter 11 Plan of Reorganization on December 20, 2024 (the "Plan") (Doc. No 46).

2. BlueVine, Inc. is listed on the Debtor's Schedule F in the amount of $97,189.37 on account of an unsecured line of credit.

3. The office of the undersigned performed a UCC-1 search and no UCC was filed on behalf of BlueVine, Inc.

4. BlueVine, Inc. has not filed a proof of claim in this case.

5. Debtor seeks a comfort order for the purpose of confirming its Chapter 11 plan of reorganization.

WHEREFORE, the Debtor respectfully requests this Court entered and order (a) granting this motion to value, (b) determine the claim held by BlueVine, Inc. in this case is a wholly unsecured, nonpriority claim, and (c) granting such other and further relief as this Court deems just and proper.

/s/ L. Todd Budgen
_____
L. Todd Budgen
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
Proposed Attorney for Debtor
tbudgen@mybankruptcyfirm.com

## VERIFIED STATEMENT

I do hereby verify that the information contained in the foregoing Motion to Value the Claim of Lien of BlueVine, Inc. is a true and correct to the best of my knowledge, information and belief.

_____           1/10/25
Matthew Thomas, Owner                DATE
Thomas Roofing and Repair, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either Electronic Transmission to all CM/ECF recipients and by United States Mail delivery on this 10th day of January, 2025 to:

BlueVine, Inc.
Attn: Officer or managing or general agent
401 Warren Street, Suite 300
Redwood City, CA  94063

/s/ L. Todd Budgen
_____
L. Todd Budgen