UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                   Case No.: 6:24-bk-05788-TPG

THOMAS ROOFING AND REPAIR, INC.,

                                                   Chapter 11, subchapter v

          Debtor.
_____/

**MOTION TO VALUE CLAIM OF LIEN OF**
**<u>FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE</u>**

**<u>Notice of Opportunity to Object and Request for Hearing</u>**

    If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to movant L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL. 32752 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

    If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

    **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

    COMES NOW the Debtor, Thomas Roofing and Repair, Inc., by and through the undersigned attorney and files this Motion to Strip Claim of Lien of First Corporate Solutions, As Representative (hereinafter "First Corp") pursuant to 11 U.S.C. § 506 of the Bankruptcy Code and Bankruptcy Rule 3012 and in support thereof state the following:

1. The Debtor filed a petition under Title 11, Chapter 11, subchapter v of the United States Bankruptcy Code on October 26, 2024.

2. First Corp has a lien related to its UCC-1 filed July 15, 2024 and assigned UCC #202401868435 which encumbers: "all present and future assets of the Debtor", hereinafter the "Collateral".

3. The UCC-1 fails to state the amount owed, nature of claim, account number or other identifying information regarding the indebtedness and the principal of the Debtor is unable to identify the claim.

4. The U.S. Small Business Administration has a lien related to its UCC-1 filed June 18, 2020 assigned UCC# 202002380772 on all assets of the Debtor including the Collateral of CHTD.

5. The Debtor's assets according to its schedules filed herein at Doc no 1 total $258,223.88.

6. The SBA filed Claim no 1 in the amount of $258,223.88 as a secured claim and $906,853.21 as a general, unsecured claim.

7. The lien securing the Claim of First Corp is junior to the lien of the U.S. Small Business Administration and, as such, the Claim of First Corp should be allowed as a general, unsecured claim.

8. Pursuant to 11 U.S.C. Section 506(a), the First Corp has no allowable secured claim regarding its Claim of Lien on the Collateral.

9.      Any timely filed claim of the First Corp for its UCC-1 is allowable only as an unsecured claim and if no such claim is filed First Corp will have no claim against this estate.

WHEREFORE, the Debtor respectfully prays of the Court as follows:

A.      That this Court determine that First Corp. has no secured interest for the UCC-1 on the assets of the Debtor.

B.      That First Corporate Solutions, as Representative must authorize the termination of UCC-1 and provide written authorization to file the UCC-3 Termination Statement within 20 days of the date of the entry of the Order granting this Motion; and

C.      That if First Corporate Solutions does not terminate the UCC-1 within the 20-day time period, the Debtor may file a UCC-3 amendment to terminate the UCC-1 filing of First Corporate Solutions.

D.      That the Court grant such other and further relief as is proper and just.

/s/ L. Todd Budgen
L. Todd Budgen
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
Proposed Attorney for Debtor
tbudgen@mybankruptcyfirm.com

## VERIFIED STATEMENT

I do hereby verify that the information contained in the foregoing Motion to Value the Claim of Lien of First Corproate Solutions, as Representative is true and correct to the best of my knowledge, information and belief.

_____     __1/10/25_____
Matthew Thomas, Owner                                 DATE
Thomas Roofing and Repair, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2025, a true and correct copy of the foregoing has been furnished either by hand delivery, electronic transmission or U.S. Mail, first class, postage prepaid to all CM/ECF parties and:

First Corporate Solutions, as Representative
914 S. Street
Sacramento, CA  95811

/s/ L. Todd Budgen
L. TODD BUDGEN
Proposed Attorney for Debtor