UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                                                                  CASE NO. 6:24-bk-05788-TPG

THOMAS ROOFING AND REPAIR, INC.

    Debtor.                                                                  CHAPTER 11
                                                                                  SUBCHAPTER V

_____/

## NOTICE OF FILING

I hereby give notice of filing the attached, to wit:

**Proposed Payment Schedule for Unsecured Quarterly Payments.**

I hereby certify that a true and correct copy of the foregoing with attachments has been sent to all CM/ECF parties on or before the 5th day of February, 2025.

                                                             */s/ L. Todd Budgen*
                                                             L. Todd Budgen
                                                             Florida Bar No. 0296960
                                                             PO Box 520546
                                                            Longwood, FL 32752
                                                            Telephone: (407) 481-2888
                                                            TBudgen@MyBankruptcyFirm.com
                                                            Attorney for Debtor-in-Possession