**Unsecured Payment Schedule**

3/1/25

| Creditor | Street1 | Street2 | Street3 | City | State | Zip | AccNo | UnsecuredAmount | % of debt | quarterly payment | claim or schedules | payment date | check # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Builders & Contracto | 1701 Dr. M.L. King Jr Street | C/O Robert E Burguieres | | Saint Petersburg | FL | 33704 | 1212 | $531,206.03 | 0.25895649 | $1,024.69 | claim 5 | | |
| American Express | PO Box 6031 | | | Carol Stream | IL | 60197 | 1009 | $55,960.24 | 0.02727994 | $107.95 | claim 6 | | |
| CHTD Company | PO Box 2576 | | | Springfield | IL | 62708 | 7823 | $0.00 | 0 | $0.00 | schedules | | |
| Angies List | 130 E Washington St | | | Indianapolis | IN | 46204 | 367 | $2,750.72 | 0.00134094 | $5.31 | schedules | | |
| BlueVine Inc | 401 Warren St | | 300 | Redwood City | CA | 94063 | | $97,189.37 | 0.04737864 | $187.48 | schedules | | |
| David Tom | 237 S Dixie Hwy | c/o Avi R Kaufman | 4th floor | Miami | FL | 33133 | | $250,000.00 | 0.12187196 | $482.25 | schedules | | |
| Demar Design and Build Inc | 1701 Highway A1A | C/O WhiteBird, PLLC | 102 | Vero Beach | FL | 32963 | | $53,928.84 | 0.02628965 | $104.03 | schedules | | |
| Gemini Insurance Co AKA LRA | PO Box 948173 | | | Maitland | FL | 32794 | 6067 | $75,293.40 | 0.03670462 | $145.24 | schedules | | |
| First Corporate Solutions | 914 S Street | | SPRS@ficoso | Sacramento | CA | 95811 | 3784 | $0.00 | 0 | $0.00 | schedules | | |
| Inlign Automotive | 1325 South US Hwy 17-92 | | | Longwood | FL | 32750 | | $7,018.52 | 0.00342144 | $13.54 | schedules | | |
| US Small Business Administrati | PO Box Box 3918 | | | Portland | OR | 97208-3918 | 7903 | $906,853.21 | 0.44207992 | $1,749.31 | claim 1 | | |
| US Bank | 1310 Madrid St | | | Marshall | MN | 56258 | 5106 | $28,305.36 | 0.01379852 | $54.60 | claim 7 | | |
| Wells Fargo | PO Box 51174 | | | Los Angeles | CA | 90051 | 9225 | $25,960.81 | 0.01265558 | $50.50 | claim 3 | | |
| Wells Fargo | PO Box 77033 | | | Minneapolis | MN | 55480 | 5222 | $14,120.19 | 0.00688342 | $27.24 | claim 2 | | |
| Wex Bank | PO Box 6293 | | | Carol Stream | IL | 60197 | 299-8 | $2,746.49 | 0.00133888 | $5.30 | schedules | | |
| | | | | | | | | $2,051,333.18 | | $3,957.00 | | | |