**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In Re:

THOMAS ROOFING AND REPAIR, INC.

Case No: 6:24-bk-05788-TPG

Chapter 11
Subchapter v

                Debtor.
_____/

## NOTICE OF SUBSTANTIAL CONSUMMATION

THOMAS ROOFING AND REPAIR, INC. ("Debtor"), hereby gives notice that the Chapter 11 Small Business Subchapter V Plan (the "Plan") (Doc. No 46), as clarified by the Proposed Chapter 11 Plan Clarifications requested by the Office of the United States Trustee (Doc. No 69), has been substantially consummated within the meaning of 11 U.S.C. 1101(2).

Respectfully submitted this 13th day of March, 2025.

/s/ L. Todd Budgen

L. TODD BUDGEN
Fla Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
tbudgen@mybankruptcyfirm.com
Attorney for Debtor