1

2

3

4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

5

6

| IN RE: | CASE NO: 6-24-BK-05788-TPG |
|---|---|
| THOMAS ROOFING AND REPAIR, INC | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

7

8

9

10

11 On 3/13/2025, I did cause a copy of the following documents, described below,

12 NOTICE OF SUBSTANTIAL CONSUMMATION

13

14

15

16

17

18

19 to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

20 I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.

21 com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

22

23 Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2025

24

/s/ L. Todd Budgen

25 L. Todd Budgen  0296960
Attorney for Debtor

26 P.O Box 520546
Longwood, FL  32752

27 407 481 2888
tbudgen@mybankruptcyfirm.com

28

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:

THOMAS ROOFING AND REPAIR, INC

CASE NO: 6-24-BK-05788-TPG

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 3/13/2025, a copy of the following documents, described below,

NOTICE OF SUBSTANTIAL CONSUMMATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
L. Todd Budgen

P.O Box 520546
Longwood, FL  32752

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 6-24-BK-05788-TPG
MIDDLE DISTRICT OF FLORIDA
WED MAR 12 13-15-48 PST 2025

ALLY BANK CO AIS PORTFOLIO SERVICES
LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

DEMAR DESIGN AND BUILD  INC
2260 LAKE PICKETT ROAD
ORLANDO  FL 32826-4989


DEBTOR

TD BANK  NA  SUCCESSOR IN INTEREST TO
TD A
1715 AARON BRENNER DRIVE  SUITE 800
MEMPHIS  TN 38120-1445

THOMAS ROOFING AND REPAIR INC
924 W COLONIAL DRIVE
ORLANDO  FL 32804-7314

924 WEST INVESTMENT LLC
924 W COLONIAL DRIVE
ORLANDO  FL 32804-7314


EXCLUDE

ALLY BANK
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~
~~LLC~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY  OK 73118-7901~~

ALLY FINANCIAL
PO BOX BOX 380901
MINNEAPOLIS  MN 55438-0901


AMERICAN BUILDERS  CONTRACTORS SUPPLY
CO ROBERT E BURGUIERES
1701 DR ML KING JR STREET NORTH
SAINT PETERSBURG  FL 33704-4205

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM  IL 60197-6031

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701


ANGIES LIST
130 E WASHINGTON ST
INDIANAPOLIS  IN 46204-4604

BLUEVINE INC
401 WARREN ST 300
REDWOOD CITY  CA 94063-1536

DAVID TOM
CO AVI R KAUFMAN
237 S DIXIE HWY 4TH FLOOR
MIAMI  FL 33133-4824


DEMAR DESIGN AND BUILD INC
CO WHITEBIRD  PLLC
1701 HIGHWAY A1A 102
VERO BEACH  FL 32963-2249

(P)FAIRWINDS CREDIT UNION
3087 N ALAFAYA TRAIL
ORLANDO FL 32826-3205

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
POST OFFICE BOX 6668
TALLAHASSEE FL 32314-6668


FLORIDA DEPT OF REVENUE
5050 W TENNESSEE ST 12265
TALLAHASSEE  FL 32399-0100

GEMINI INSURANCE CO AKA LRA
PO BOX 948173
MAITLAND  FL 32794-8173

INTERNAL REVENUE SERVICE
PO BOX 8208
PHILADELPHIA  PA 19101-8208


INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

MATTHEW THOMAS
4814 LEGACY OAKS DRIVE
ORLANDO  FL 32839-2068

ORANGE COUNTY TAX COLLECTOR
PO BOX 545100
ORLANDO FL 32854-5100


TD AUTO FINANCE
PO BOX 100295
COLUMBIA  SC 29202-3295

TD BANK  NA
PO BOX 16041
LEWISTON  ME 04243-9523

TD BANK  NA  SUCCESSOR IN INTEREST TO
TD A
CO BERTIS A ECHOLS  III  ESQ
EVANS PETREE  PC
1715 AARON BRENNER DRIVE  SUITE 800
MEMPHIS  TN 38120-1445

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

US BANK NA DBA US BANK EQUIPMENT
FINANCE
1310 MADRID STREET
MARSHALL  MN 56258-4099

US SMALL BUSINESS ADMINISTRATION
7825 BAYMEADOWS WAY  SUITE 100B
JACKSONVILLE  FL 32256-7543

US SMALL BUSINESS ADMINISTRATION
PO BOX BOX 3918
PORTLAND  OR 97208-3918

UNITED STATES TRUSTEE  ORL
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET  SUITE 1100
ORLANDO  FL 32801-2210

WELLS FARGO
PO BOX 51174
LOS ANGELES  CA 90051-5474

WELLS FARGO
PO BOX 77033
MINNEAPOLIS  MN 55480-7733

WELLS FARGO BANK SMALL BUSINESS LENDING
DIVI
PO BOX 29482 MAC S410108C
PHOENIX  AZ 85038-9482

WESTERN EQUIPMENT FINANCE
503 HIGHWAY 2 WEST
DEVILS LAKE  ND 58301-2938

AARON R COHEN
PO BOX 4218
JACKSONVILLE  FL 32201-4218

L TODD BUDGEN
BUDGEN LAW GROUP
PO BOX 520546
LONGWOOD  FL 32752-0546