UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

THOMAS ROOFING AND REPAIR, INC.,

Debtor.
_____/

Case No.: 6:24-bk-05788-TPG

Chapter 11, subchapter v

## MOTION FOR ENTRY OF FINAL DECREE

**Notice of Opportunity to Object and Request for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and mail a copy to movant L. Todd Budgen, Esquire, P.O. Box 520546, Longwood, FL. 32752 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

COMES NOW the Debtor, Thomas Roofing and Repair, Inc., by and through the undersigned attorney and files this Motion for Final Decree (the "Motion") and in support thereof state the following:

1. The Debtor filed a petition under Title 11, Chapter 11, subchapter v of the United States Bankruptcy Code on October 26, 2024.

2. On February 18, 2025 the Bankruptcy Court entered an order (the "Confirmation Order", Doc. No 83) confirming the Debtor's Chapter 11 Small Business Subchapter V Plan (Doc. No 46) as clarified by the *Debtor's Proposed Chapter 11 Clarification as requested by the Office of the United States Trustee* (Doc. No 69), confirming this case under 11 U.S.C. Sec. 1191(a), entering a discharge.

3. On March 5, 2025 the Debtor filed its Notice of Effective Date of Plan of Reorganization which provided notice to all parties of the Plan Effective Date of March 4, 2025 (Doc. No. 85.)

4. Since the Effective Date, Debtor has completed initial distributions on account of all allowed claim in the amounts detailed in the Certificate of Substantial Consummation attached hereto as Exhibit "A".

5. On March 4, 2025, Debtor filed its Notice of Substantial Consummation (Doc. No 88) which disclosed that the Plan had been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

6. Debtor also has no claim objections or adversary proceedings to pursue which would require that this case remain open.

7. Thus, considering the foregoing and in accordance with Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1(a), Debtor requests this Court enter a final decree closing the case.

WHEREFORE, Debtor respectfully requests this Court enter an order: (i) granting this motion; (ii) directing the Clerk of Court to enter a Final Decree closing the case; and (iii) granting any such further relief that this Court deems appropriate under the circumstances of the case.

Dated this 13th day of March, 2025.

/s/ L. Todd Budgen
L. Todd Budgen
Florida Bar No. 0296960
P.O. Box 520546
Longwood, FL 32752
Phone: (407) 481-2888
Attorney for Debtor
tbudgen@mybankruptcyfirm.com