UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>THOMAS ROOFING AND REPAIR, INC | CASE NO: 6-24-BK-05788-TPG<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/13/2025, I did cause a copy of the following documents, described below,

MOTION FOR ENTRY OF FINAL DECREE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2025

/s/ L. Todd Budgen
L. Todd Budgen  0296960
Attorney for Debtor

P.O Box 520546
Longwood, FL  32752
407 481 2888
tbudgen@mybankruptcyfirm.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>THOMAS ROOFING AND REPAIR, INC | CASE NO: 6-24-BK-05788-TPG<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 3/13/2025, a copy of the following documents, described below,

MOTION FOR ENTRY OF FINAL DECREE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2025

_/s/ Miles Wood_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
L. Todd Budgen

P.O Box 520546
Longwood, FL  32752

USPS FIRST CLASS MAIL SERVICE INFO:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 6-24-BK-05788-TPG<br>MIDDLE DISTRICT OF FLORIDA<br>THU MAR 13 11-44-31 PST 2025 | ALLY BANK CO AIS PORTFOLIO SERVICES<br>LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | DEMAR DESIGN AND BUILD   INC<br>2260 LAKE PICKETT ROAD<br>ORLANDO   FL 32826-4989 |
| TD BANK   NA   SUCCESSOR IN INTEREST TO TD A<br>1715 AARON BRENNER DRIVE   SUITE 800<br>MEMPHIS   TN 38120-1445 | DEBTOR<br>THOMAS ROOFING AND REPAIR INC<br>924 W COLONIAL DRIVE<br>ORLANDO   FL 32804-7314 | 924 WEST INVESTMENT LLC<br>924 W COLONIAL DRIVE<br>ORLANDO   FL 32804-7314 |
| ALLY BANK<br>AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY   OK 73118-7901~~ | ALLY FINANCIAL<br>PO BOX BOX 380901<br>MINNEAPOLIS   MN 55438-0901 |
| AMERICAN BUILDERS   CONTRACTORS SUPPLY<br>CO ROBERT E BURGUIERES<br>1701 DR ML KING JR STREET NORTH<br>SAINT PETERSBURG   FL 33704-4205 | AMERICAN EXPRESS<br>PO BOX 6031<br>CAROL STREAM   IL 60197-6031 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN   PA 19355-0701 |
| ANGIES LIST<br>130 E WASHINGTON ST<br>INDIANAPOLIS   IN 46204-4604 | BLUEVINE INC<br>401 WARREN ST 300<br>REDWOOD CITY   CA 94063-1536 | DAVID TOM<br>CO AVI R KAUFMAN<br>237 S DIXIE HWY 4TH FLOOR<br>MIAMI   FL 33133-4824 |
| DEMAR DESIGN AND BUILD INC<br>CO WHITEBIRD   PLLC<br>1701 HIGHWAY A1A 102<br>VERO BEACH   FL 32963-2249 | (P)FAIRWINDS CREDIT UNION<br>3087 N ALAFAYA TRAIL<br>ORLANDO FL 32826-3205 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 6668<br>TALLAHASSEE FL 32314-6668 |
| FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST 12265<br>TALLAHASSEE   FL 32399-0100 | GEMINI INSURANCE CO AKA LRA<br>PO BOX 948173<br>MAITLAND   FL 32794-8173 | INTERNAL REVENUE SERVICE<br>PO BOX 8208<br>PHILADELPHIA   PA 19101-8208 |
| INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | MATTHEW THOMAS<br>4814 LEGACY OAKS DRIVE<br>ORLANDO   FL 32839-2068 | ORANGE COUNTY TAX COLLECTOR<br>PO BOX 545100<br>ORLANDO FL 32854-5100 |
| TD AUTO FINANCE<br>PO BOX 100295<br>COLUMBIA   SC 29202-3295 | TD BANK   NA<br>PO BOX 16041<br>LEWISTON   ME 04243-9523 | TD BANK   NA   SUCCESSOR IN INTEREST TO TD A<br>CO BERTIS A ECHOLS   III   ESQ<br>EVANS PETREE   PC<br>1715 AARON BRENNER DRIVE   SUITE 800<br>MEMPHIS   TN 38120-1445 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

```
US BANK NA DBA US BANK EQUIPMENT      US SMALL BUSINESS ADMINISTRATION      US SMALL BUSINESS ADMINISTRATION
FINANCE                                7825 BAYMEADOWS WAY  SUITE 100B       PO BOX BOX 3918
1310 MADRID STREET                     JACKSONVILLE   FL 32256-7543          PORTLAND   OR 97208-3918
MARSHALL   MN 56258-4099




UNITED STATES TRUSTEE  ORL             WELLS FARGO                           WELLS FARGO
OFFICE OF THE UNITED STATES TRUSTEE    PO BOX 51174                          PO BOX 77033
GEORGE C YOUNG FEDERAL BUILDING        LOS ANGELES   CA 90051-5474           MINNEAPOLIS   MN 55480-7733
400 WEST WASHINGTON STREET  SUITE 1100
ORLANDO   FL 32801-2210




WELLS FARGO BANK SMALL BUSINESS LENDING  WESTERN EQUIPMENT FINANCE           AARON R COHEN
DIVI                                     503 HIGHWAY 2 WEST                  PO BOX 4218
PO BOX 29482 MAC S410108C                DEVILS LAKE   ND 58301-2938         JACKSONVILLE   FL 32201-4218
PHOENIX   AZ 85038-9482




L TODD BUDGEN
BUDGEN LAW GROUP
PO BOX 520546
LONGWOOD   FL 32752-0546
```