UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 6:24-bk-05788-TPG
Chapter 11

THOMAS ROOFING AND REPAIR, INC.,

    Debtor.
_____

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

    I, Aaron R. Cohen, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $2,142.02. A plan was confirmed on February 18, 2025. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on February 11, 2025, the Court ordered compensation of $2,142.02 be awarded to the trustee. These funds were taken from trust on February 11, 2025. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

    Date: April 14, 2025.

    /s/ Aaron R. Cohen
_____
Aaron R. Cohen
P.O. Box 4218
Jacksonville, Florida 32201
Tel: 904-389-7277
FL Bar #558230
aaron@arcohenlaw.com
Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.